**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN TURNER,

    Petitioner

v.

TIMOTHY FILSON, et al.,

    Respondents

Case No.: 2:19-cv-00493-JAD-CWH

**Order Granting Motion for Clarification of Petition; Directing Petitioner to File an Amended Petition**

[ECF No. 12]

    Petitioner John Turner challenges his 2016 state court conviction for child abuse and endangerment.[1] Respondents move under Rule 2(c)(4) of the Rules Governing Section 2254 Cases in the United States District Courts for an order directing petitioner to file a legible petition.[2] Because the rule requires petitions to be either typewritten or legibly handwritten, and Turner's handwriting is not legible, I grant the motion and direct Turner to file a fully legible version of his petition. Turner is cautioned that this is not an opportunity to amend or change anything in his petition, just a chance to type or rewrite what he has already filed to make it possible for the court and respondents to read it.

    IT IS THEREFORE ORDERED that respondents' motion **[ECF No. 12] is GRANTED.** Turner has until July 8, 2019, to refile his petition after either typing it or rewriting it in a more legible fashion. **If Turner does not file a legible version of the petition by July 8, 2019, this case will be dismissed without prejudice and without further prior notice.**

    IT IS FURTHER ORDERED that **respondents' deadline to answer the petition is VACATED; respondents are not required to respond to the petition or any amended petition until further order of this court.**

    Dated: June 6, 2019

                                                   U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1-1 at 1–2.

[2] ECF No. 12.