**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN TURNER,

    Petitioner

v.

TIMOTHY FILSON, et al.,

    Respondents

Case No.: 2:19-cv-00493-JAD-CWH

**Order Directing Response to Amended Petition**

[ECF No. 17]

    Petitioner John Turner has filed a legible amended petition for writ of habeas corpus relief as I ordered him to do on June 6, 2019. Having reviewed that amended petition [ECF No. 17], I now order a response.

    IT IS THEREFORE ORDERED that **respondents have until September 19, 2019, to file a response to the amended petition**. Turner will have 30 days after service of any answer to file a reply in support of the petition. But, if respondents file a motion instead of an answer, the response and reply deadlines will be governed instead by Local Rule LR 7-2(b).

Dated: July 19, 2019

                                                                  _____

                                                                 U.S. District Judge Jennifer A. Dorsey

1