# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN TURNER,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>TIMOTHY FILSON, et al.,<br><br>　　　　　　Respondents. | Case No. 2:19-cv-00493-JAD-DJA<br><br>**Order Granting Motion for Enlargement of Time**<br><br>[ECF No. 22] |

　　　　Respondents move for a 46-day extension of their deadline to respond to the petition. Good cause appearing, IT IS HEREBY ORDERED that respondents' motion for enlargement of time **[ECF No. 22] is GRANTED**. Respondents have until November 4, 2019, to file answer or otherwise respond to the petition for writ of habeas corpus in this case. Petitioner John Turner will have 30 days after service of any answer to file a reply in support of the petition. But, if respondents file a motion instead of an answer, the response and reply deadlines will be governed instead by LR 7-2(b) of the Local Rules of Practice.

　　　　Dated: September 19, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey