# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN TURNER,

    Petitioner

v.

TIMOTHY FILSON, et al.,

    Respondents

Case No. 2:19-cv-00493-JAD-DJA

**Order Directing Petitioner to Update his Address**

This is a habeas corpus proceeding filed under 28 U.S.C. § 2254 in which *pro se* Petitioner John Turner, a former Nevada prisoner, seeks to set aside his 2016 conviction for child abuse and neglect or endangerment. Petitioner has failed to keep the court apprised of his current address, and the U.S. Postal Service has returned court mail from the last address that petitioner provided.[1] The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1, LR 2-2. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the court deems appropriate.[2]

**IT IS THEREFORE ORDERED that:**

1. Petitioner must update his address by filing a notice of change of address by October 25, 2019.
2. If petitioner fails to update his address by that deadline, this action will be dismissed without prejudice and without further advance notice.

Dated: September 25, 2019

                                              U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 24, 25.

[2] *Id. See also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").