UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN TURNER,<br><br>    Petitioner<br>v.<br><br>TIMOTHY FILSON, et al.,<br><br>    Respondents | Case No. 2:19-cv-00493-JAD-DJA<br><br>**Order Directing Respondents to File Complete Exhibit 85**<br><br>[ECF No. 32-4] |

Upon review of the record, it appears that multiple pages are missing from Exhibit 85,[1] Petitioner John Turner's Second State Post-Conviction Habeas Petition, dated January 10, 2018. Accordingly, IT IS HEREBY ORDERED that **Respondents must FILE a complete copy of Exhibit 85 by September 4, 2020.**

IT IS SO ORDERED.

Dated:  August 24, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 32-4.

1